IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00343-PSF-BNB

KRISSI L. GILLOGLY,

Plaintiff,

v.

CITY OF BRIGHTON,
BRIGHTON POLICE DEPARTMENT,
DANIEL BALDERAS,
RODNEY MULLIS,
TRACY QUAYLE,
ANDREW SAENZ,
PAUL SOUTHARD, and
KEENAN WATERS,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Amend Scheduling Order** (docket entry no. 25, the "Motion"), filed on July 25, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 26, 2005**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 14, 2005**.

DATED:  July 26, 2005