IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00343-PSF-BNB

KRISSI L. GILLOGLY,

Plaintiff,

v.

CITY OF BRIGHTON,
BRIGHTON POLICE DEPARTMENT,
DANIEL BALDERAS,
RODNEY MULLIS,
TRACY QUAYLE,
ANDREW SAENZ,
PAUL SOUTHARD, and
KEENAN WATERS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** (docket entry no. 29, the "Motion"), filed on August 24, 2005.

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 26, 2005**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 14, 2005**.

| | |
|---|---|
| Discovery Cut-off: | **October 23, 2005**; |
| Dispositive Motion Deadline: | **November 24, 2005**. |

      IT IS FURTHER ORDERED that the Pretrial Conference set for November 30, 2005, is **vacated and reset to January 30, 2006, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor,

Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **January 23, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  September 6, 2005