IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00343-PSF-BNB

KRISSI L. GILLOGLY,

    Plaintiff,

v.

CITY OF BRIGHTON;
BRIGHTON POLICE DEPARTMENT;
DANIEL BALDERAS;
RODNEY MULLIS;
TRACY QUAYLE;
ANDREW SAENZ;
PAUL SOUTHARD; and
KEENAN WATERS,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS PARTY

Plaintiff's Unopposed Motion to Dismiss Defendants Balderas, Mullis, Quayle, Saenz, Southard & Waters With Prejudice (Dkt. # 31) is GRANTED. It is hereby

ORDERED that Defendants Balderas, Mullis, Quayle, Saenz, Southard and Waters are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, either in word perfect or text format, will be <u>denied without prejudice</u>. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures

for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED:  September 16, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge