IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00343-PSF-BNB

KRISSI L. GILLOGLY,

    Plaintiff,

v.

CITY OF BRIGHTON; and
BRIGHTON POLICE DEPARTMENT,

    Defendants.

---

**ORDER GRANTING STIPULATION AND AGREEMENT
TO DISMISS WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation and Agreement to Dismiss With Prejudice (Dkt. # 33).  The Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys fees.  This case is concluded inasmuch as the other defendants have already been dismissed.

DATED:  September 20, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge